362

PER CURIAM

The conviction is for a violation of the liquor law in Navarro County. The penalty assessed is a fine of $750 and confinement in the county jail for ten days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The offense is the unlawful sale of whiskey in a dry area; the punishment, one day in jail.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

Moses SMITH, Appellant,

v.

The STATE of Texas, Appellee (three cases).

Nos. 27154, 27159, 27160.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

Moses SMITH, Appellant,

v.

The STATE of Texas, Appellee.

No. 27157.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.